ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 2 3 2025

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| v. | No. 1:25CR-421 |
| ANTHONY PATRICK NOTO | UNDER SEAL |

THE GRAND JURY CHARGES THAT:

**Introduction**

At all times material to this indictment:

1. The defendant, ANTHONY PATRICK NOTO, lived in New York.

2. Individual #1, a deportation officer employed by the United States Department of Homeland Security, was in Georgia.

3. Individual #2, wife of Individual #1, was in Georgia.

**Count One**

4. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 through 3 of this Indictment as if fully set forth herein.

5. On or about August 20, 2025, in the Northern District of Georgia and elsewhere, the defendant, ANTHONY PATRICK NOTO, consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and

foreign commerce, to the State of Georgia and other places, that contained a threat to injure Individual #2, wife of a deportation officer employed by the United States Department of Homeland Security; specifically, the defendant, ANTHONY PATRICK NOTO, posted a message to Instagram, an international social media platform, which stated, "Anybody wanna test the sites on their new A-R? There's a pretty good target right there!" in response to a post that identified and displayed photographs of Individual #2.

All in violation of Title 18, United States Code, Section 875(c).

A ___True___ BILL

_____
FOREPERSON

THEORDORE S. HERTZBERG
*United States Attorney*

/S/ BRENT ALAN GRAY
BRENT ALAN GRAY
 *Assistant United States Attorney*
Georgia Bar No. 155089

/S/ ERIC J. WHITE
 *Assistant United States Attorney*
Georgia Bar No. 580963

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000

2